■ JAMES FIORILLO, by FRANK FIORILLO, His Guardian ad Litem, et al., Plaintiffs, v. GINO ZAMPA et al., Defendants.— Appeal dismissed, without costs, unless appellants shall file and serve record, brief and note of issue on or before December 1, 1961 and be ready for argument at the January 1962 Term of this court, in which event the motion is denied.

■ In the Matter of the Arbitration between BORDEN COMPANY, Appellant, and MILK, ICE CREAM DRIVERS AND DAIRY EMPLOYEES LOCAL No. 787 et al., Respondents.— Appeal dismissed, without costs, unless appellant shall file and serve record, brief and note of issue on or before October 13, 1961 and be ready for argument at the term to commence November 13, 1961, in which event the motion is denied.

■ In the Matter of ABE FURMAN, Appellant, v. CITY OF NEW YORK et al., Respondents.— Appeal dismissed, without costs, unless appellant shall file and serve record, brief and note of issue on or before December 1, 1961 and be ready for argument at the January 1962 Term of this court, in which event the motion is denied.